United States District Court
Southern District of Texas
**ENTERED**
July 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHELLE COSTA, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-269 |
| | § | |
| CITY OF CORPUS CHRISTI, | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the Stipulation of Dismissal *with prejudice* filed and signed by all parties and which the Court hereby deems effective. (D.E. 25); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** the case. The parties shall be responsible for their own attorney's fees and court costs incurred in connection with this matter.

SO ORDERED.

*/s/ David S. Morales*
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
       July 9th, 2021